UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Case: 3:04CV376MU

| | |
|---|---|
| CAREERSTAFF UNLIMITED, INC. )<br>)<br>Plaintiff )<br>vs. )<br>)<br>ADAM WARWICK AND )<br>THE MCLAUGHLIN GROUP II, LLC )<br>Defendants ) | **MOTION AND ORDER**<br>**FOR RETURN OF BOND** |

Cash bond in the amount of $1,000 was placed with the Clerk of Court as bond/security in the above-captioned case by plaintiff on August 9, 2004 It appears that this matter has been concluded and the case was closed on October 26, 2004. No motion has been made for return of this bond.

The petitioner hereby requests that the parties be given fifteen days to make any motions to the Court regarding this bond. After this time, if no motions are made to the contrary, the petitioner requests permission to return the bond to counsel for plaintiff.

This the 15th day of May, 2006.

FRANK G. JOHNS, CLERK OF COURT

**ORDER**

In consideration of the foregoing motion, it is THEREFORE ORDERED that the Clerk of Court disburse funds to the above-named individual(s) as a refund of the bond posted in the above-captioned case.

This the 16th day of May, 2006

UNITED STATES DISTRICT JUDGE

cc: Financial Administrator